IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. BK07-42287 |
| ROY ALLEN ADAMS and ) | |
| CHERYL ANN ADAMS, ) | Chapter 7 |
| ) | |
| Debtors, ) | _____ |
| _____ ) | |
| ) | Adv. Pro. No. 09-04002 |
| STACY C. NOSSAMAN-PETITT, ) | |
| ) | **ANSWER OF** |
| Plaintiff, ) | **CATTLE NATIONAL BANK AND** |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| ADAMS ENTERPRISES, INC., ) | |
| A Nebraska Corporation, and ) | |
| CATTLE NATIONAL BANK, ) | |
| ) | |
| Defendants. | |

Cattle National Bank, Defendant ("Bank"), for its answer to the "Complaint to Avoid Lien and Deem Transfer of Real Estate a Preferential Transfer" (the "Complaint"), filed by the Chapter 7 Trustee, hereby answers the Complaint by stating and alleging as follows:

1. Bank admits the allegations in paragraph 1 of the Complaint under Parties and Jurisdiction.

2. Bank admits the allegations in paragraph 2 of the Complaint under Parties and Jurisdiction.

3. Bank is without sufficient information to admit or deny the allegations in paragraph 3 of the Complaint under Parties and Jurisdiction and the Bank therefore denies all such allegations.

4. Bank admits the allegation in paragraph 4 of the Complaint under Parties and Jurisdiction to the extent that it is alleged that the Bank is a National Banking Association located

in Nebraska. Bank admits that it has a place of business in Lincoln, Nebraska, and that it claims (without limitation) a security interest and lien in various assets of the Debtors and other parties, which may include real estate that was transferred by Debtors. Bank denies all other allegations in paragraph 4 of the Complaint under Parties and Jurisdiction except as specifically admitted herein.

5. Bank admits the allegation in paragraph 1 of the Complaint under Causes of Action to the extent it alleges that the Debtors at one time had a record title interest in the real estate described in said paragraph. The Bank alleges that as of the bankruptcy filing date the Debtors had no record title interest in said real estate.

6. Bank denies the allegations in paragraph 2 of the Complaint under Causes of Action.

7. Bank denies the allegations in paragraph 3 of the Complaint under Causes of Action inasmuch as it refers to the facts alleged in paragraph 2 of the Complaint which the Bank has denied. Bank admits that it is the holder of a promissory note dated 3-13-07 payable to Bank in the principal amount of $240,000, and that said promissory note is secured by (without limitation) a deed of trust that was filed on 11-5-07 with the Cheyenne County Register of Deeds wherein the Bank is beneficiary.

8. Paragraph 4 of the Complaint under the heading Causes of Action is a legal conclusion and contains no factual allegations, and it is therefore denied.

9. Paragraph 5 of the Complaint under Causes of Action is a legal conclusion and contains no factual allegations, and it is therefore denied.

WHEREFORE, Bank hereby respectfully requests that the Court dismiss the Complaint with prejudice, and provide for such other and further relief as is just and appropriate.

DATED: February 9, 2009

                CATTLE NATIONAL BANK & TRUST CO., a Party in Interest

By:    REMBOLT LUDTKE LLP
           1201 Lincoln Mall, Suite 102
           Lincoln, NE 68508
           Telephone: (402) 475-5100

By:    /s/ Rick D. Lange
           Rick D. Lange, #17730
           Brian S. Kruse # 21963

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following by United States mail, postage prepaid on the date hereof:

Adams Enterprises, Incorporated
Atten: Mike A. Adams, Registered Agent
6547 Rolling Hills Court
Lincoln, NE 68512

Adams Enterprises, Inc.
201 N 8th Street, Suite 430
Lincoln, NE 68508

The undersigned relies upon the ecf system to make service upon the Chapter 7 Trustee and her attorney.

By:    /s/ Rick D. Lange
           Rick D. Lange, #17730

pc Dallen George and Brian Lavelle
G:\WDOX\clients\26813\008\00242386.WPD